1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

9

10

11  PORFIRIO GARCIA,                    ) NO. SA CV 15-01669-ODW (AS)
                                        )
12               Petitioner,            )
                                        )
13        v.                            )        **JUDGMENT**
                                        )
14  JEFF MACOMBER, Warden,              )
                                        )
15               Respondent.            )
   ─────────────────────────────────────

16

17       Pursuant to the Order Accepting Findings, Conclusions and

18  Recommendations of United States Magistrate Judge,

19

20       IT IS ADJUDGED that the Petition is denied and dismissed with

21  prejudice.

22       DATED: <u>May 27, 2016</u>

23

24                                    _____

25                                       OTIS D. WRIGHT
                                      UNITED STATES DISTRICT JUDGE
26

27

28